# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JESSICA HEIDE-HOLWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CBE COMPANIES, INC. t/a CBE GROUP,<br><br>    Defendant. | No. C16-2021-MWB<br><br>**ORDER** |

Pursuant to a voice mail and an email from defendant's counsel on November 22, 2017, that the above-captioned cause has reached a settlement:

**IT IS ORDERED**:

1. The Clerk is directed to close this case for statistical purposes.

2. Closing documents to dismiss and close the case, pursuant to Federal Rule of Civil Procedure 41, shall be filed within forty-five (45) days from the date of this order. If the case has not been dismissed within forty-five (45) days, and/or counsel have not filed a written status report, this case shall be dismissed pursuant to Local Rule of Court 41.

**IT IS SO ORDERED.**

**DATED** this 27th day of November, 2017.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA